

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
Alicia.Gonzalez@usdoj.gov

*main: (973) 645-2700*
*direct: (973) 645-2862*

June 30, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

>    Re:    *Lopez Lopez v. Soto,* **Civ. No. 26-7290 (MCA)**
>           **Confirmation of Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter. We write pursuant to the Court's June 29, 2026, Text Order, ECF No. 4, to confirm that U.S. Immigration and Customs Enforcement (ICE) has informed this Office that Petitioner was released from ICE custody on June 29, 2026, at approximately 8:50 p.m. under the same conditions that existed prior to detention, and with his property.

Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    */s/ Alicia N. Gonzalez*
       ALICIA N. GONZALEZ
       Special Assistant U.S. Attorney
       *Attorneys for Respondents*

cc:    All counsel of record (via ECF)

Case shall be closed.

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  7/1/26